```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
```

Lo'Renzo Heard,
                                              Case No. 18-cv-2678(DSD/KMM)
        Plaintiff,

v.                                            **ORDER**

Olmsted County Jail,

        Defendant.

---

The above matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated November 16, 2018 (R&R). No objections have been filed to that R&R in the time period permitted.

Based on the R&R, the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 19, 2018

                                                     s/David S. Doty
                                                   David S. Doty, Judge
                                                 United States District Court